Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 6303 | DATE | 3/20/00 |
| CASE TITLE | TY INC vs. BLEACHERS CARD CORP | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's motion for leave to file an amended complaint and to enter Final Consent Decree is granted.
(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | MAR 2 2 2000 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | docketing deputy initials |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | date mailed notice |
| JS | courtroom deputy's initials | Date/time received in central Clerk's Office — mailing deputy initials |

Document Number: 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TY INC., <br>                 Plaintiff, <br>     v. <br> 23 KARAT GOLD'N BEARS INC., <br>                 Defendant. | Civil Action No. 99 C 6303 <br><br> Judge Holderman <br><br> Magistrate Judge Keys |

**DOCKETED**

**MAR 2 2 2000**

### FINAL CONSENT DECREE

Upon the consent and agreement of Plaintiff, Ty Inc. ("Ty" or "Plaintiff"), and Defendant, 23 Karat Gold'n Bears Inc. ("Defendant"), to the entry of a Final Consent Decree, and the Court being fully and sufficiently advised in the premises:

WHEREAS, Plaintiff contends in its Amended Complaint that Defendant has produced, manufactured, sold, and/or distributed plush toys marketed under the name 23 KARAT GOLD'n BEARS in violation of Ty's rights under the copyright laws, 17 U.S.C. § 101 *et seq.*, the laws of unfair competition under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and has engaged in unfair competition and deceptive trade practices under state common law;

AND WHEREAS, the parties desire to finally settle and resolve any and all matters in dispute between them in relation to the above-captioned litigation.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action. Defendant hereby consents to the personal jurisdiction of this Court, agrees that venue is proper in this District, and waives any objection it may have with regard to personal jurisdiction, venue or service of process.

2. Ty is the owner of the United States copyright registration as set forth in Paragraph 9 of the Amended Complaint in this action.

3. Defendant and its principals, officers, agents, servants, employees, attorneys, those persons under its control or in active concert or participation with Defendant, its successors in interest, and any purchaser of any portion of Defendant's plush toy business, are hereby permanently enjoined throughout the world, from:

    (a) manufacturing, distributing, importing, advertising and/or selling the 23 Karat Gold'n Bear plush bears that are the subject of Ty's Amended Complaint in this matter, a sample of which is depicted in Exhibit 1 attached;

    (b) manufacturing, distributing, importing, advertising and/or selling plush bears in violation of Ty's copyrights; and

    (c) otherwise advertising and promoting its products in a manner that violates Ty's intellectual property rights.

4. Ty agrees that Defendant may manufacture, import, distribute, advertise and/or sell the re-designed plush bears as illustrated in Exhibit 2 attached.

5. Contemporaneous with the execution of this Final Consent Decree, Defendant shall convey to Welsh & Katz, Ltd., a certified check in the amount of one thousand dollars ($1,000.00), made payable to Ty Inc., such sum to be disbursed to Ty upon the entry of this Final Consent Decree. Defendant shall convey to Welsh & Katz, Ltd., an additional certified check in the amount of one thousand dollars ($1,000.00), made payable to Ty Inc. by March 31, 2000.

6. Except for any matters arising out of a violation of this Final Consent Decree, Ty does hereby release Defendant, including any parents, predecessors, subsidiaries, divisions or

associated organizations, and also including any of its present officers, employees, agents, attorneys, servants, and/or representatives, from any and all actions and causes of action, claims, demands, damages, attorneys' fees, costs, loss of services, expenses, compensation, suits, debts, documents, bonds, covenants, contracts, agreements and judgments of whatsoever kind, at law or in equity which were asserted or could have been asserted in this action that Ty has or may have against Defendant arising out of the subject matter of the Amended Complaint in this action, prior to the date of this Final Consent Decree.

7. Except for any matters arising out of a violation of this Final Consent Decree, Defendant does hereby release Ty, including any subsidiaries, divisions or associated organizations, and also including any of its present officers, employees, agents, attorneys, servants, and/or representatives, from any and all actions and causes of action, claims, demands, damages, attorneys' fees, costs, loss of services, expenses, compensation, suits, debts, documents, bonds, covenants, contracts, agreements and judgments of whatsoever kind, at law or in equity, which were asserted or could have been asserted in this action that Defendant has or may have against Ty arising out of the subject matter of the Amended Complaint in this action, prior to the date of this Final Consent Decree.

8. In any action to enforce this Final Consent Decree or any matter arising out of a violation of this Final Consent Decree, the prevailing party shall recover its costs and attorneys fees associated therewith.

9. This Final Consent Decree shall bind and inure to the benefit of all parties hereto, and all its assigns and successors in interest.

10. The Amended Complaint in this action is dismissed with prejudice, with each party to bear its own fees and costs.

11. This Final Consent Decree represents the entire understanding between the parties hereto with regard to the matters set forth in this Final Consent Decree. There are no other oral or written representations, warranties, agreements, arrangements or undertakings between the parties that are not fully expressed in this Final Consent Decree. Any amendment or modification to this Final Consent Decree must be made in writing and signed by the parties.

12. The waiver by one party of any breach of this Final Consent Decree by the other party shall not be deemed a waiver of any other prior or subsequent breach of this Final Consent Decree.

13. This Court shall retain jurisdiction over the parties to this action for the purpose of enforcing the terms of this Consent Decree.

**APPROVED AS TO FORM:**

*/s/ Michael Bondi*

A. Sidney Katz, Esq.
James P. White, Esq.
Laurie A. Haynie, Esq.
Michael A. Bondi, Esq.
WELSH & KATZ, LTD.
120 S. Riverside Plaza • 22nd Floor
Chicago, IL 60606

For and on behalf of the Plaintiff, Ty Inc.

**APPROVED AS TO FORM:**

*/s/ Darryl Abramowitz*

Darryl E. Abramowitz, President
23 Karat Gold'n Bears Inc.
3273 Wolfson Drive
Baldwin Harbor, New York 11510

ENTERED THIS 21st DAY OF MARCH, 2000

*/s/ James F. Holderman*

THE HONORABLE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT JUDGE

4